# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DOUG ESSIG and JOYCE McCORT,

    Plaintiffs,

    vs.                                                     Case 1:21-cv-00782

BERRIEN COUNTY, CITY OF                     HON. ROBERT J. JONKER
BRIDGMAN, DANIEL UNRUH,
ROBERT CLEVELAND, TIFFANY
PETERSON and LANCE SWEET,

    Defendants.

_____

| | |
|---|---|
| Celeste M. Dunn  (P61819)<br>Attorney for Plaintiffs<br>CELESTE M. DUNN, PLC<br>P.O. Box 230<br>Clarkston, MI  48347<br>Tel: 248-701-3467<br>celestemdunnplc@gmail.com<br><br>Charles E. Dunn  (P54791)<br>Attorney for Plaintiffs<br>CHARLES E. DUNN, PLC<br>P. O. Box 230<br>Clarkston, MI  48347<br>Tel: 248-807-6284<br>charlesdunnplc@gmail.com | James T. McGovern  (P79410)<br>James M. Straub  (P21083)<br>Attorneys for Defendants City of<br>Bridgman, Daniel Unruh, and<br>Robert Cleveland<br>STRAUB, SEAMAN & ALLEN, P.C.<br>1014 Main Street, POB 318<br>St. Joseph, MI  49085<br>Tel: 269-982-1600<br>jmcgovern@lawssa.com<br>jstraub@lawssa.com<br><br>Allan C. Vander Laan  (P33893)<br>Kristen Lee Rewa  (P73048)<br>Meigs M. Day (P36929)<br>Attorneys for Defendants Berrien<br>County, Tiffany Peterson and<br>Lance Sweet<br>CUMMINGS, McCLOREY, DAVIS<br>& ACHO, PLC<br>2851 Charlevoix Dr., SE, Ste. 327<br>Grand Rapids, MI  49546<br>Tel: 616-975-7470<br>avanderlaan@cmda-law.com<br>krewa@cmda-law.com<br>mday@cmda-law.com |

_____

### STIPULATION OF DISMISSAL OF CERTAIN COUNTS WITH PREJUDICE

Plaintiffs filed their First Amended Complaint on January 10, 2022. (ECF No. 16). Plaintiffs agreed to dismiss certain defendants from certain counts per agreement of all parties.

**IT IS HEREBY STIPULATED** by and between the respective parties that, pursuant to Fed. R. Civ. P. 41(a)(1), Counts I and II against Defendant Unruh only (and continue against Defendant Cleveland only), Count III against Defendant Cleveland only (and continues against Unruh and Peterson), Counts IV and V in their entirety, and Count VI and Count VIII against Defendant City of Bridgman only (and continue against Berrien County), are hereby **DISMISSED WITH PREJUDICE** for all purposes, with each party to bear its own costs. The case continues as to all other remaining Counts.

**SIGNED** and **ENTERED** this 5th day of May, 2023.

/s/ Robert J. Jonker
HONORABLE ROBERT J. JONKER
UNITED STATES DISTRICT COURT JUDGE

**STIPULATED AND AGREED:**

*/s/ Charles E. Dunn* (w/permission-see attached)
Charles E. Dunn (P54791)
Charles E. Dunn, PLC
Attorney for Plaintiffs
P.O. Box 230
Clarkston, MI 48347
(248) 701-3467
charlesedunnplc@gmail.com

*/s/ Meigs M. Day* (w/permission-see attached)
Meigs M. Day (P36929)
Cummings, McClorey, Davis & Acho
Attorneys for Berrien Defendants
2851 Charlevoix Dr., S.E. – Suite 327
Grand Rapids, MI 49546
(616) 975-7470
mday@cmda-law.com

2

*/s/ James T. McGovern*
James T. McGovern (P79410)
Straub, Seaman & Allen, P.C.
Attorneys for Bridgman Defendants City of Bridgman,
Daniel Unruh, and Robert Cleveland
1014 Main Street, P.O. Box 318
St. Joseph, MI 49085
(269) 982-1600
jmcgovern@lawssa.com

| | |
|---|---|
| **From:** | Meigs M. Day |
| **To:** | James T. McGovern; charlesedunnplc@gmail.com; Celeste Dunn |
| **Cc:** | Kristen Rewa; Wendy Hayes |
| **Subject:** | FW: Essig & McCort v Berrien Co, et al; Our File No. 235.43284 |
| **Date:** | Friday, April 28, 2023 9:26:11 AM |
| **Attachments:** | Stipulation - Dismissal of Certain Claims Against Bridgman Defendants-4.28.23.DOCX |

**CAUTION:** This email originated from outside of STRAUB, SEAMAN & ALLEN. Do not click links or open attachments unless you recognize the sender and know the content is safe.

James,

You have permission to "sign " my name to the stipulation and submit the proposed Order. Thanks,

Meigs M. Day
Cummings, McClorey, Davis & Acho, PLC
mday@cmda-law.com

CONFIDENTIALITY NOTICE
This e-mail correspondence is confidential. If you are not the intended recipient, please notify the sender of the delivery error immediately, and then delete it from your system. Do not read, use, or copy this e-mail, or disclose it to others. This e-mail is not intended to waive the attorney-client privilege, or any other privilege. Thank you.

**From:** James T. McGovern <jmcgovern@lawssa.com>
**Sent:** Friday, April 28, 2023 8:49 AM
**To:** Charles Dunn <charlesedunnplc@gmail.com>
**Cc:** Celeste Dunn <celestemdunnplc@gmail.com>; Meigs M. Day <mday@cmda-law.com>
**Subject:** RE: Essig & McCort v Berrien Co, et al; Our File No. 235.43284

Mr. Dunn and Mr. Day – see the proposed Stip. Dismissal.  If it is approved then please email me so we can e-sign and attached your permission. Otherwise, let me know if any part is incorrect or in need of edits.

The surviving claims in the First Amended Complaint will be:
 Cleveland as to Count I and Count II
 Unruh and Peterson as to Count III
 Sweet as to Count VII
 Berrien as to the Monell in Count VI and Count VIII
 Count IX

James T. McGovern, Esq.
Straub, Seaman & Allen, P.C.

1014 Main Street, St. Joseph, MI 49085
Direct: 269-982-7728
Cell: 773-580-0559


**From:** Charles Dunn <charlesedunnplc@gmail.com>
**Sent:** Friday, April 28, 2023 6:56 AM
**To:** James T. McGovern <jmcgovern@lawssa.com>
**Cc:** Celeste Dunn <celestemdunnplc@gmail.com>
**Subject:** Re: Essig & McCort v Berrien Co, et al; Our File No. 235.43284

**CAUTION:** This email originated from outside of STRAUB, SEAMAN & ALLEN. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. McGovern, following up our conversation yesterday, Plaintiffs agree to your request as set forth in your letter dated March 28, 2023 with the exception of Count III (Unlawful Seizure of the dog). Specifically, as to Count III, Plaintiffs agree to dismiss Count III as to officer Cleveland only. Count III (unlawful seizure of the dog) as to Chief Unruh is NOT dismissed. Just for clarity, Count I (unlawful entry) and Count II (excessive force) as to officer Cleveland are NOT dismissed. Also, to be clear, the claims against Berrien County or the individual Berrien County defendants remain.
Please prepare a stipulation of dismissal at to the applicable claims for our review.
Charles E. Dunn, Esq.
Charles E. Dunn, PLC
P.O. Box 230
Clarkston, MI. 48347
CharlesEDunnPLC@gmail.com
248.807.6284


> On Apr 19, 2023, at 9:53 AM, James T. McGovern <jmcgovern@lawssa.com> wrote:
>
> Mr. and Mrs. Dunn – our MSJ is due 5/3/23. Please let me know if you have a response to the letter that we sent last month. Our hope is to avoid unnecessary briefing on issues/claims that you will not be taking to the jury. Please let us know as soon as possible as we are in the process of drafting our brief.
>
>
> James T. McGovern, Esq.
> Straub, Seaman & Allen, P.C.
> 1014 Main Street, St. Joseph, MI 49085
> Direct: 269-982-7728
> Cell: 773-580-0559

**From:** Denise A. VanHoven <dvanhoven@lawssa.com>
**Sent:** Tuesday, March 28, 2023 11:57 AM
**To:** Celeste Dunn <celestemdunnplc@gmail.com>; Charles Dunn <charlesedunnplc@gmail.com>; Meigs M. Day <mday@cmda-law.com>
**Cc:** James T. McGovern <jmcgovern@lawssa.com>; Beverly Wade <bwade@lawssa.com>; James G. Semonin <jsemonin@lawssa.com>
**Subject:** Essig & McCort v Berrien Co, et al; Our File No. 235.43284

Please see attached correspondence.

*Denise A. Van Hoven*

Denise A. Van Hoven
Legal Assistant to James M. Straub and
James T. McGovern
Straub, Seaman & Allen, P.C.
1014 Main Street, POB 318
St. Joseph, MI 49085
T 269-982-7724
dvanhoven@lawssa.com

<image001.jpg>

To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.

This electronic message and all contents contain information from the law firm of Straub, Seaman & Allen, PC which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately (269.982.1600) and destroy the original message and all copies.

<Pltf #15 - 7.1(d) Request to Plaintiffs to Dismiss Claims (01169756x7A44A).pdf>

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

| | |
|---|---|
| **From:** | Charles Dunn |
| **To:** | James T. McGovern |
| **Cc:** | Meigs M. Day; Celeste Dunn |
| **Subject:** | Essig Litigation |
| **Date:** | Saturday, April 29, 2023 11:09:05 AM |
| **Attachments:** | Stipulation - Dismissal of Certain Claims Against Bridgman Defendants-4.28.23.DOCX<br>ATT00001.htm |

**CAUTION:** This email originated from outside of STRAUB, SEAMAN & ALLEN. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. McGovern, I am authorizing you to sign (e-sign) my name to the attached Stipulation of Dismissal. Please date the Stipulation with the correct date of filing.
Thanks.